FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 FEB -9  AM 9:47

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION No. PO112 061 |
| | ) | |
| v. | ) | COUNT ONE |
| | ) | Assault |
| ANTONIO S. HOLT, | ) | 18 U.S.C. § 113(a)(4) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**

On or about the 28th day of September, 2011, in the Southern District of Georgia, the defendant,

ANTONIO S. HOLT,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Naval Support Site, Gricignano, Italy, on land acquired for the use of the United States and under its jurisdiction, did assault by striking, beating, and wounding his spouse, having the initials A.H., in violation of Title 18, United States Code, Section 113(a)(4).

EDWARD J. TARVER
UNITED STATES ATTORNEY

_____
Lamont A. Belk
Assistant United States Attorney
Georgia Bar No. 047404