IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTONIO S. HOLT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 112-106 |
| | ) | (Formerly PO 112-061) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Although the instant case was filed pursuant to 28 U.S.C. § 2255, it was properly construed as a writ of error coram nobis. The Magistrate Judge correctly determined that writs of coram nobis have been abolished in the civil context, but relief has been granted in the underlying criminal case. Therefore, this civil action is **CLOSED**.

SO ORDERED this 25th day of October, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA